**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO. 7:23-CV-00897**

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

*Frank Mousser v. United States*,
No. 7:23-cv-00667

**UNITED STATES' NOTICE OF FILING**
**OF REPLY IN SUPPORT OF D.E. 858 ON**
**MASTER DOCKET**

Pursuant to Case Management Order No. 2 and the Order Amending Case Management Order No. 2 [D.E. 23 and 456], the United States hereby files this Notice of Filing on the Master Docket of the *In re Camp Lejeune Water Litigation*, Case No. 7:23-cv-00897. The United States' Reply in Support of its Motion to Exclude the Opinions of Peter Rybolt was filed on the Master Docket as Docket Entry 899.

*[Signature page to follow.]*

Dated: July 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

ADAM BAIN
Chief Litigation Counsel

MICHAEL CROMWELL
Senior Litigation Counsel

*/s/ William V. Klotzbucher*
WILLIAM V. KLOTZBUCHER
Trial Attorney, Civil Division
Camp Lejeune Justice Act Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: William.V.Klotzbucher@usdoj.gov
Telephone: (202) 532-5193
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I electronically filed the foregoing using the Court's

Case Management/Electronic Case Files system, which will send notice to all counsel of record.

*/s/ William V. Klotzbucher*
WILLIAM V. KLOTZBUCHER