IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-00667-BO-RN

| | | |
|---|---|---|
| FRANK MOUSSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

This cause comes before the Court on the parties' joint motion for a post-trial schedule, filed on November 2, 2026 [DE 120]. "[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) (citing *Landis v. N. Am. Co.*, 299 U. S. 248, 254 (1936)).

The Court held a bench trial in this matter from October 26 to October 28, 2020, in Elizabeth City, North Carolina. *See* [DE 117; DE 118; DE 119], "Minute Entries for Proceedings Held". At the conclusion of trial, the Court indicated it would grant the United States's request that the parties be allowed to file post-trial findings of fact and conclusions of law.

The parties represent in their motion that they attempted to reach an agreement regarding a proposed schedule for those filings, but they were unable to do so. Accordingly, the parties now ask the Court to choose and impose a deadline by which they must file. Plaintiffs ask for a deadline of November 6, 2026, and the United States asks for a deadline of December 4, 2026.

Having considered the merits of the parties' respective arguments, the Court ORDERS the parties file their post-trial findings of fact and conclusions of law by November 20, 2026.

SO ORDERED, this 4 day of November, 2026.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE