IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-00667-BO-RN

| | | |
|---|---|---|
| FRANK MOUSSER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

This cause comes before the Court on its reconsideration of the post-trial schedule. The Court previously ordered the parties to file their post-trial findings of fact and conclusions of law by November 20, 2026. [DE 121]. However, upon reconsideration, the Court finds it appropriate to adjust that deadline. Thus, the Court now ORDERS the parties to file their post-trial findings of fact and conclusions of law by November 15, 2026.

SO ORDERED, this 10 day of November, 2026.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE